HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JAMES E. HAUSCHILD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES E. HAUSCHILD, <br><br> Defendant. | Case No.  6:14-mj-00033 MJS <br><br> **STIPULATION FOR DEFENDANT TO APPEAR TELEPHONICALLY;] ORDER THEREON** <br><br> Date:   May 7, 2014 <br> Time:   10:00 a.m. <br> Judge:  Hon. Michael J. Seng |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, James Hauschild, to waive his right to be personally present at his initial appearance scheduled on the above-mentioned date, and instead appear telephonically.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Hauschild lives in the State of Utah and it would pose a financial hardship to fly to California to appear in court.  Mr. Hauschild agrees that his interests shall be represented at all times by the presence of his attorney of record, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present.

///

///

///

///

*Stipulation and Order for Def. to Appear Telephonically*    -1-

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated: May 5, 2014

*/s/ Matthew McNease*
MATTHEW McNEASE
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: May 5, 2014

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JAMES HAUSCHILD

**O R D E R**

Good cause appearing,

IT IS SO ORDERED.

Dated:   May 7, 2014                                        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

*Stipulation and Order for Def. to Appear Telephonically*                -2-