Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES EDWIN HAUSCHILD,<br><br>Defendant. | No. 6:14-MJ-033-MJS<br><br>**MOTION TO DISMISS AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice, and to vacate the current Status Conference scheduled for August 26, 2014. The Government has reached an agreement with Defendant, through counsel, whereby Defendant will be issued bailable citations for Count Three: driving while using a cell phone, and Count Four: failing to comply with a traffic control device.

//

//

//

Dated:  August 25, 2014                    NATIONAL PARK SERVICE


 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA


## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. James Edwin Hauschild,* 6:14-mj-033-MJS, be dismissed, without prejudice, in the interest of justice, and the currently scheduled Status Conference on August 26, 2014, be vacated.

IT IS SO ORDERED.

Dated:   August 25, 2014              /s/ *Michael J. Seng*
                                                                                   UNITED STATES MAGISTRATE JUDGE